IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CARISSA COOPER,                )
                               )
    Plaintiff,                 )      NO. 3:12-0469
                               )      JUDGE HAYNES
v.                             )
                               )
SNODGRASS-KING PEDIATRIC       )
DENTAL ASSOCIATES, P.C.,       )
                               )
    Defendant.                 )

ORDER

I hereby recuse myself in the above-styled action. This case shall be returned to the Clerk for reassignment.

It is so **ORDERED**.

**ENTERED** this the 19th day of June, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge