```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

CARISSA COOPER,              )
                             )
        Plaintiff            )
                             )         No. 3:12-0469
v.                           )         Judge Nixon/Brown
                             )         **Jury Demand**
SNODGRASS-KING PEDIATRIC     )
DENTAL ASSOCIATES, P.C.,     )
                             )
        Defendant            )

### O R D E R

A telephone conference was held on November 29, 2012. The parties advised that they were close to completing a settlement in this matter. In view of this statement, nothing further needs to be done at this point concerning the scheduling order and the Magistrate Judge will wait for the parties to file the necessary pleadings terminating this case when they complete their agreement.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge