IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARISSA COOPER, | ) |
| Plaintiff, | ) No. 3:12-cv-00469 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Brown |
| SNODGRASS-KING PEDIATRIC DENTAL ASSOCIATES, P.C., | ) JURY DEMAND |
| Defendant. | ) |

## ORDER

Pending before the Court is a joint Motion for Entry of Agreed Order of Dismissal ("Motion") (Doc. No. 19), filed along with an Agreed Order of Dismissal with Prejudice ("Agreed Order") (Doc. No. 19-1). In their Agreed Order, the parties state that they "have entered into a General Release and Settlement Agreement which fully settles all claims asserted by the parties in this case." (*Id.*)

Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Motion is **GRANTED** and this case is hereby **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close the case.

IT IS SO ORDERED.

Entered this ___24___ day of January, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT